| UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>Eastern District of Louisiana<br>500 Poydras Street<br>Room B-505<br>New Orleans, LA 70130<br>504-589-3200 |
|---|---|

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 DEC 15 PM 12:24
LORETTA G. WHYTE
CLERK

DATE: December 13, 2004

Docket No.: 053L 2:00-00272M-001

Phillip Guilbeau
216 Ridgewood Drive
Golden Meadow, LA 70356

YOU ARE AUTHORIZED TO TRAVEL TO: CAPETOWN, AFRICA

LEAVING: February 27, 2005   AND RETURNING: March 10, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE

PURPOSE OF THIS TRIP: Hunting trip with family.

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENTS OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING DISTRICT.)

None

*[signature]*
David E. Wawrose
UNITED STATES PROBATION OFFICER
985-868-6560

Approved By: *[signature]*
Louis Moore, Jr.
U. S. Magistrate Judge

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc No

DATE OF ENTRY
DEC 20 2004